IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 15 C 6075 |
| FULLER CONSTRUCTION, LLC, an Illinois limited liability company, | ) ) ) ) | JUDGE JOHN R. BLAKEY |
| Defendant. | ) | |

## MOTION FOR ENTRY OF JUDGMENT

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on August 25, 2015, request this Court enter judgment against Defendant, FULLER CONSTRUCTION, LLC, an Illinois limited liability company. In support of that Motion, Plaintiffs state:

1. On August 25, 2015, this Court entered default against Defendant.

2. On or about August 27, 2015, Defendant submitted its monthly fringe benefit contribution reports for January 2015 through August 2015. The contribution reports show that the Defendant is delinquent in contributions to the Funds in the amount of $5,942.60 for January 2015 and February 2015. The reports submitted for March 2015 through August 2015 indicate no hours. (See Affidavit of Deborah L. French).

3. Additionally, the amount of $594.26 is due for liquidated damages. (French Aff. Par. 5).

4. In addition, Plaintiffs' firm has incurred costs of $400.00 and attorneys' fees in the amount of $645.00, for a total of $1,045.00, in this matter. (See Affidavit of Catherine M. Chapman).

5. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $7,581.86.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $7,581.86.

/s/   Kristin M. Reepmeyer

Kristin M. Reepmeyer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6311325
Telephone: (312) 216-2584
Facsimile: (312) 236-0241
E-Mail: kmreepmeyer@baumsigman.com

I:\CarpsJ\Fuller Construction\motion-judgment.kmr.df.wpd

<u>**CERTIFICATE OF SERVICE**</u>

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>11th</u> day of <u>September 2015</u>:

            Mr. George E. Sang, Registered Agent for
               Fuller Construction, LLC
            Schoenberg Finkel Newman & Rosenberg, LLC
            222 S. Riverside Plaza, Suite 2100
            Chicago, IL   60606-6101

            Mr. Edward Baba
            Fuller Construction, LLC
            1579 King George Court
            Palatine, IL   60060

                                                                  /s/   Kristin M. Reepmeyer

Kristin M. Reepmeyer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6311325
Telephone: (312) 216-2584
Facsimile: (312) 236-0241
E-Mail: <u>kmreepmeyer@baumsigman.com</u>

I:\CarpsJ\Fuller Construction\motion-judgment.kmr.df.wpd